IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )            2:07cr262-WKW
                                )
TOMMY LEE MOORE                 )

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL
REFORM ACT**

Upon the motion of the government, it is ORDERED that a detention hearing

is set for November 2, 2007 at 9:30 a.m. in Courtroom 5-B, Frank M. Johnson, Jr.

Federal Building and United States Courthouse Complex, One Church Street,

Montgomery, Alabama before the undersigned Magistrate Judge.   Pending this

hearing, the defendant(s)  shall be held in custody of the U. S. Marshal and produced

for the hearing.

Done, this 1st day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE