IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr262-WKW |
| | ) | |
| TOMMY LEE MOORE | ) | |

<u>UNITED STATES' NOTICE OF APPEARANCE</u>

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 2nd day of November, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                              Respectfully submitted,

                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney