## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 2:07-cr-262-WKW** |
| ) | |
| **TOMMY LEE MOORE** ) | |

## **ORDER**

It is ORDERED that an on the record hearing to determine mental competency is SET for October 1, 2008, at 10:00 a.m, in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 13th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE